IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE BROWN

    Plaintiff,

vs.

STEVEN B. DUNCAN, et al.,

    Defendants.

Case No. 14-cv-1266-SMY-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 62) of Magistrate Judge Philip M. Frazier recommending that this Court deny Plaintiffs' Motions for Temporary Restraining Order and Preliminary Injunction (Docs. 14, 46).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the Magistrate Judge in a Report and Recommendation. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R, reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court **ADOPTS** the R & R (Doc. 62) and **DENIES** Plaintiffs' Motions for a Temporary Restraining Order or Preliminary Injunction (Docs. 14, 46).

**IT IS SO ORDERED.**

**DATED:** July 16, 2015

                                                            s/ Staci M. Yandle
                                                            **STACI M. YANDLE**
                                                            **DISTRICT JUDGE**